**HARRIS v. NATIONAL LABOR RELATIONS BOARD.** *

**No. 6854.**

Circuit Court of Appeals, Third Circuit.

Nov. 5, 1938.

*Writ of certiorari denied 59 S.Ct. 584, 83 L.Ed. ——.

198

Edward W. Hamilton, of Buffalo, N. Y., for petitioner.

Malcolm F. Halliday, of Washington, D. C., for respondent.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

In this case it appears that twenty-one days after the petition for review was filed in this court and before the transcript of the record had been filed the Board set aside the order sought to be reviewed. This court accordingly has no jurisdiction of the petition for review. Ex parte National Labor Relations Board, 304 U.S. 486, 58 S. Ct. 1001, 82 L.Ed. 1482. It follows that the petition for review must be dismissed upon the motion of the respondent.

Petition dismissed.